A. B. MURRAY Co., INC., Respondent, *v.* LIDGERWOOD MANUFACTURING COMPANY, Appellant.

(Argued June 11, 1929; decided July 11, 1929.)

*Thomas J. Blake* and *Samuel Williston* for appellant.

*William E. Carnochan, Walter Wilcox, Theodore C. Richards* and *Tompkins McIlvaine* for respondent.

*Per Curiam.* The judgment should be affirmed with costs on the ground that the agreement whereby the vendor and vendee were to endeavor to dispose of the goods during the pendency of the litigation had the

effect of charging the defendant with liability for storage of any goods not sold, even if such liability might otherwise have been disclaimed.

CARDOZO, Ch. J., POUND, CRANE, LEHMAN, KELLOGG, O'BRIEN and HUBBS, JJ., concur.

Judgment affirmed.